UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 324 PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LARAMIE ENTERPRISES, INC., *et al.*,<br><br>Defendants. | Case No. 22-cv-10709<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER REGARDING DISCOVERY MATTERS**

During a status conference held on November 5, 2024, the parties reported that they made no progress toward resolving their discovery disputes since the last conference. Plaintiffs' motions to strike expert witnesses and to compel depositions, as well as Defendant Laramie Enterprises, Inc.'s motion to compel discovery responses, remain active. *See* ECF No. 61; ECF No. 63; ECF No. 66. The Court warned counsel for the second time that they and the parties could face sanctions under Federal Rule of Civil Procedure 37 and the Court's inherent authority,

including an involuntary dismissal or default judgment, if the Court finds that they have violated the rules of discovery or prior court orders.

The parties must supplement their pending motions with briefing targeting developments in discovery since the original motions were filed. The moving party must file its supplement by **November 19**, and responses must be filed by **November 26**.  The Court will hold a motion hearing on **December 9, 2024, at 11:00 a.m.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: November 7, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2024.

                                  s/Davon Allen
                                  DAVON ALLEN
                                  Case Manager