UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 324 PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LARAMIE ENTERPRISES, INC., *et al.*,<br><br>Defendants. | Case No. 22-cv-10709<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER TEMPORARILY GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER (ECF NO. 88)**

Plaintiffs, the funds collecting employee benefit contributions (the "Funds"), move for a protective order from Defendant Laramie Enterprises, Inc.'s deposition notices for four witnesses. ECF No. 88. The Honorable Shalina D. Kumar referred the case to the undersigned for all non-dispositive pretrial matters under 28 U.S.C. § 636(b)(1)(A). ECF No. 69.

On November 12, 2024, Laramie informed the Funds for the first time that it wished to depose four individuals. ECF No. 88-2. The Funds responded that they could not accommodate those depositions by the December 2, 2024, discovery deadline given the Thanksgiving holiday.

ECF No. 88-3.  On November 18, eight days before the discovery deadline, Laramie noticed the four depositions for December 2.  ECF No. 88-4.  The Funds move for a protective order from those depositions.

The Court temporarily **GRANTS** the Funds' emergency motion until the matter can be fully heard during the motion hearing scheduled for December 9, 2024.  Laramie must respond to the Funds' motion by December 4, 2024, addressing whether good cause exists to adjourn the discovery deadline to accommodate the depositions it seeks.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: November 27, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 27, 2024.

                                          s/Julie Owens
                                          JULIE OWENS
                                          Case Manager