# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, et al,

    Plaintiffs/Counter-Defendants,

v.

LARAMIE ENTERPRISES, INC., a Michigan corporation,

    Defendant/Counter-Plaintiff,

-and-

LARAMIE ENTERPRISES, INC., a Michigan corporation,

    Third-Party Plaintiff,

v.

GREAT LAKES FABRICATORS & ERECTORS ASSOCIATION,

    Third-Party Defendant.

Case No. 2:22-cv-10709
Hon. Shalina D. Kumar
Mag. Judge Elizabeth A. Stafford

***Stipulated Order Staying Dispositive Motion Deadline***

| *AsherKelly, PLLC* | *Siciliano Mychalowych & Van Dusen, PLLC* |
|---|---|
| David J. Selwocki (P51375) | Andrew W. Mychalowych (P39602) |
| Jacquelyne M. Zolynsky (P83715) | Bryan E. Kontry (P72631) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 25800 Northwestern Highway, Suite 1100 | Liberty Center |
| Southfield, MI 48075 | 100 W. Big Beaver Road, Suite 333 |
| (248) 746-2759 | Troy, MI 48084 |
| dselwocki@asherkellylaw.com | (248) 442-0510 |
| jzolynsky@asherkellylaw.com | AMychalowych@smv-law.com |
| | BKontry@smvlaw.com |

*Hessian & Mckasy, P.A.*
William A. Cumming
Laura H. Lindsay
Attorneys for Third-Party Defendant
60 South Sixth Street, Suite 3700
Minneapolis, MN  55402
(612) 746-5757
wcumming@hessianmckasy.com
llindsay@hessianmckasy.com

## **STIPULATED ORDER STAYING DISPOSITIVE MOTION DEADLINE**

This matter having come before the Court upon stipulation of the parties through their respective counsels' signatures below to stay the deadline for the filing of dispositive motions, the parties having appeared before the Court to be heard on Motion to Strike - #61, Motion to Compel - #63, Motion to Compel #66, and Motion for Sanctions - #92, and the Court being otherwise fully advised on the premises;

***IT IS HEREBY ORDERED*** that the deadline of January 2, 2025 to file Dispositive Motions is stayed pending the Court's determination on Motion to Strike - #61, Motion to Compel - #63, Motion to Compel #66, and Motion for Sanctions - #92.

**IT IS SO ORDERED**.

/s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: December 27, 2024

2

**It is so stipulated:**

*/s/ Jacquelyne M. Zolynsky*
**AsherKelly, PLLC**
Attorneys for Plaintiffs
25800 Northwestern Highway, #1100
Southfield, MI  48075
(248) 746-2759
jzolynsky@asherkellylaw.com
P83715

*/s/ Laura H. Lindsay* (by consent)
**Hessian & Mckasy, P.A.**
Attorneys for Third-Party Defendant
60 South Sixth Street, Suite 3700
Minneapolis, MN  55402
(612) 746-5757
llindsay@hessianmckasy.com

*/s/ Andrew Mychalowych* (by consent)
**Siciliano Mychalowych &
Van Dusen, PLLC**
Attorneys for Defendants
100 W. Big Beaver Road, Suite 333
Troy, MI 48084
(248) 442-0510
AMychalowych@smv-law.com
P39602

W2781257