UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, et al,

      Plaintiffs/Counter-Defendants,

v.

LARAMIE ENTERPRISES, INC., a
Michigan corporation,

      Defendant/Counter-Plaintiff,

-and-

LARAMIE ENTERPRISES, INC., a
Michigan corporation,

      Third-Party Plaintiff,

v.

GREAT LAKES FABRICATORS & ERECTORS
ASSOCIATION,

      Third-Party Defendant.

Case No. 4:22-cv-10709
Hon. Shalina D. Kumar
Mag. Judge Elizabeth Stafford

*Order Granting Withdrawal of Attorney*

_____

| | |
|---|---|
| ***AsherKelly, PLLC*** <br> David J. Selwocki (P51375) <br> Attorneys for Plaintiffs/Counter-Defendants <br> 25800 Northwestern Highway, Suite 1100 <br> Southfield, MI  48075 <br> (248) 746-2759 <br> dselwocki@asherkellylaw.com | ***Siciliano Mychalowych & Van Dusen, PLLC*** <br> Andrew W. Mychalowych (P39602) <br> Bryan E. Kontry (P72631) <br> Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff <br> Liberty Center <br> 100 W. Big Beaver Road, Suite 333 <br> Troy, MI 48084 <br> (248) 442-0510 <br> AMychalowych@smv-law.com <br> BKontry@smvlaw.com |
| ***Hessian & Mckasy, P.A.*** <br> William A. Cumming <br> Laura H. Lindsay <br> Attorneys for Third-Party Defendant <br> 60 South Sixth Street, Suite 3700 <br> Minneapolis, MN  55402 <br> (612) 746-5757 <br> wcumming@hessianmckasy.com <br> llindsay@hessianmckasy.com | |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY

This matter having come before the Court by way of presentment of this Order, and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED** that Jacquelyne M. Zolynsky is granted leave to withdraw as counsel for Plaintiffs, Trustees of Operating Engineers Local 324 Pension Fund, Operating Engineers Local 324 Health Care Plan, Operating Engineers Local 324 Vacation and Holiday Fund, Operating Engineers Local 324 Retiree Benefit Fund, Operating Engineers Local 324 Apprenticeship Fund, and

Operating Engineers Local 324 Defined Contribution Plan, as she is no longer with the firm of AsherKelly, PLLC;

***IT IS FURTHER ORDERED*** that the Clerk of the Court shall terminate the appearance on docket of Jacquelyne M. Zolynsky as counsel for Plaintiffs.

**IT IS SO ORDERED**.

                                                   s/Shalina D. Kumar
                                                   Hon. Shalina D. Kumar
                                                   U.S. District Court Judge

Dated: June 23, 2025

***This Order Prepared By:***
David J. Selwocki (P51375)
AsherKelly, PLLC
25800 Northwestern Hwy., Suite 1100
Southfield, MI 48075
(248) 746-2759
dselwocki@asherkellylaw.com