UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 324 PENSION FUND, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LARAMIE ENTERPRISES, INC.,<br>　　　　　　　　　Defendant. | Case No. 22-10709<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

Dispositive Motions **must be filed by**:  OCTOBER 24, 2025

When filing motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure,  parties must proceed in accordance with the following:

- Statement of Material Facts on Motion for Summary Judgment.

(1)　A Rule 56 motion must begin with a "Statement of Material Facts." Proffered facts must be supported with citations to the pleadings, interrogatories, admissions, depositions, affidavits, or documentary exhibits. Citations should contain page and line references, as appropriate. The full text of any source cited should be filed with the Court as an exhibit. Exhibits must be tabbed and identified by sequential numbers or letters and be prefaced with an index. Chambers' copies of exhibits more than 30 pages must be separately bound and include a cover sheet identifying the motion to which they are appended. All pages from the same deposition or document should be

1

       at the same tab. The Statement of Material Facts counts against the page limit for the brief.

(2)    The response to a Rule 56 Motion must begin with a "Counterstatement of Material Facts" identifying facts the non-moving party disputes. The non-moving party must explain the basis for the factual disagreement, referencing and citing record evidence. In similar form, the counterstatement may also include additional facts, disputed or undisputed, that require a denial of the motion.

(3)    Counsel are discouraged from employing lengthy, boilerplate recitations of the summary judgment standard or string citations in support of well-established legal principles. Instead, counsel should focus analysis on a few well-chosen cases, preferably recent and from controlling courts. For cases and other sources cited, the briefs should contain a link to the citation. Cases should not be attached.

**PLEASE NOTE THE FOLLOWING**:

1.    **Concurrence:** The moving party must comply with LR 7.1(a) prior to filing its motion. Failure to engage meaningfully – or attempt to engage meaningfully – in good faith with the other parties may result in the motion being denied without prejudice. The moving party must specifically indicate if concurrence was refused after conferring with the other parties or if it was withheld by way of non-response. The moving party must also articulate in detail its efforts to seek concurrence, including the date and time of its attempt(s), and

method(s) used.

2. **Briefing Schedule**: Unless specifically addressed in this Order, the local court rules apply for filing responses and replies to motions.

3. **All briefs** shall comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. Unpublished cases should be attached. **Counsel are to highlight relevant portions of exhibits to which the Court's attention should be directed.** Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to. A courtesy copy will not be required for any motion unless specifically requested by the Court. Failure to comply with this paragraph may result in rejection of your brief.

4. **Motion hearings**: Pursuant to L.R. 7.1(e)(2), the Court will decide motions on the briefs filed, **UNLESS** the Court issues a Notice of Motion Hearing.

**THE ABOVE CONSTITUTES AN ORDER OF THIS COURT.**

                                            <u>s/Shalina D. Kumar</u>
                                            Shalina D. Kumar
                                            United States District Judge

Dated: September 19, 2025